Steven D. Jerome (#018420)
James G. Florentine (#034058)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, AZ 85004
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: sjerome@swlaw.com
jflorentine@swlaw.com

*Attorneys for Matt Waltz and JS Waltz Construction LLC*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LEGACY CARES, INC.,<br><br>Debtor. | Proceedings Under Chapter 11<br><br>Case No. 2:23-bk-02832-DPC<br><br>Adv. No. 2:25-ap-00103-DPC |
| LEGACY CARES LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>MATT WALTZ and JS WALTZ CONSTRUCTION, LLC,<br><br>Defendants. | **NOTICE OF HEARING ON DEFENDANTS MATT WALTZ AND JS WALTZ CONSTRUCTION, LLC'S MOTION TO DISMISS COMPLAINT**<br><br>Hearing Date: September 11, 2025<br>Heating Time: 10:00 a.m.<br>Hearing Location: U.S. Bankruptcy Court, 230 N. First Avenue, Phoenix, AZ 85003, Courtroom No. 603 |

**NOTICE IS HEREBY GIVEN** that the hearing on the *Defendants Matt Waltz and JS Waltz Construction, LLC's Motion to Dismiss Complaint* [Dkt. No. 8], filed Defendants Matt Waltz and JS Waltz Construction LLC, will be held at the U.S Bankruptcy Court for the District of Arizona on **Thursday, September 11, 2025, at 10:00 a.m.** before the Honorable Daniel P. Collins in Courtroom 603 of the United States Bankruptcy Court, District of Arizona, located at 230 N. First Avenue, Phoenix, Arizona 85003.

DATED this 9th day of July, 2025.

SNELL & WILMER L.L.P.

By *s/James G. Florentine*
Steven D. Jerome
James G. Florentine
One East Washington Street, Suite 2700
Phoenix, AZ 85004
Attorneys for Matt Waltz and JS Waltz Construction, LLC

**ORIGINAL** of the foregoing e-filed
This 9th day of July, 2025 and
**COPIES** emailed to:

Bradley A. Cosman
Thomas D. Ryerson
Zachary Stump
2525 E. Camelback Road, Ste. 500
Phoenix, AZ 85016
Attorneys for Liquidation Trust

*s/Jennifer Thomes*