Thomas D. Ryerson (AZ 028073)
Bradley A. Cosman (AZ 026223)
Zachary Stump (AZ 039670)
**PERKINS COIE LLP**
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
+1.602.351.8000
TRyerson@perkinscoie.com
BCosman@perkinscoie.com
ZStump@perkinscoie.com

*Counsel for Liquidation Trust*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LEGACY CARES, INC.,<br><br>Debtor<br>_____<br><br>LEGACY CARES LIQUIDATION TRUST,<br><br>Plaintiff.<br><br>v.<br><br>MATT WALTZ, AND JS WALTZ CONSTRUCTION LLC,<br><br>Defendants | Chapter 11<br><br>Case No. 23-02832-DPC<br><br><br><br>Adv. Pro. No. 25-00103-DPC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND RESPONSE AND REPLY DEADLINES TO MOTION TO DISMISS** |

Having reviewed the parties' *Joint Motion to Extend Response and Reply Deadlines to Motion to Dismiss* [Doc 10] ("**Motion**"), and good cause appearing, it is hereby ordered that Plaintiff shall have up to and including **August 15, 2025** in which to file a response to the Motion and that

1

Defendants shall have up to and including **September 5, 2025** to file a reply in support of the Motion.

**SIGNED AND DATED ABOVE**