Bradley A. Cosman (AZ 026223)
Thomas D. Ryerson (AZ 028073)
Zachary J. Stump (AZ 039670)
**PERKINS COIE LLP**
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
+1.602.351.8000
TRyerson@perkinscoie.com
BCosman@perkinscoie.com
ZStump@perkinscoie.com

*Counsel for Liquidation Trust*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>LEGACY CARES, INC.,<br><br>Debtor<br>―――――――――――――――<br>LEGACY CARES LIQUIDATION TRUST,<br><br>Plaintiff.<br><br>v.<br><br>MATT WALTZ, and JS WALTZ CONSTRUCTION LLC,<br><br>Defendants | Chapter 11<br><br>Case No. 2:23-bk-02832-DPC<br><br>Adv. Pro. No. 2:25-ap-00103-DPC<br><br>***EX PARTE* MOTION TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER SEAL** |

Legacy Cares Liquidation Trust ("**Plaintiff**" or "**Trust**") pursuant to Rule 9018 of the Federal Rules of Bankruptcy Procedure, 11 U.S.C. § 107, and Local Rule 5005-6, respectfully request leave for Plaintiff to file *Plaintiff's Opposition to Defendants' Motion to Dismiss* ("**Opposition**") under seal.

1    As this Court is aware, Defendants JS Waltz Construction, LLC and Matt
2    Waltz (collectively, "**Waltz**") have taken the position that any reference to the
3    Settlement Agreement must be filed under seal and has sought to file all its
4    motion to dismiss briefing under seal. [Doc. 5] While the Liquidation Trust
5    disagrees with the scope of the Waltz's confidentiality claim, in an abundance of
6    caution the Trust files this response under seal. Following this filing, the Trust
7    will meet and confer with counsel for the Waltz to determine what particular parts
8    of the response must be redacted, and file a redacted version of the response.

9    Wherefore, Plaintiff respectfully requests this Court grant Plaintiff leave to
10   file the Opposition under seal. A proposed order granting this Motion is attached
11   to the notice of lodging filed contemporaneously herewith as Exhibit A.

August 15, 2025         **PERKINS COIE LLP**

By: */s/ Thomas D. Ryerson*
    Bradley A. Cosman
    Thomas D. Ryerson
    Zachary J. Stump
    2525 E. Camelback Road,
    Suite 500
    Phoenix, Arizona 85016-4227

*Counsel for Liquidation Trust*

**Certificate of Service**

I certify under penalty of perjury that on August 15, 2025, I caused to be electronically filed the foregoing *Ex Parte Motion to File Plaintiff's Opposition to Defendant's Motion to Dismiss Under Seal* with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

August 15, 2025

**PERKINS COIE LLP**

By: */s/ Thomas D. Ryerson*
Bradley A. Cosman
Thomas D. Ryerson
Zachary J. Stump
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227

*Counsel for Liquidation Trust*